1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for the
    United States of America
7
8                  IN THE UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            CASE NO. 1:11-CR-00380 AWI
                      Plaintiff,        APPLICATION AND ORDER FOR RESTITUTION
12
           v.
13
   DARREN RUSSELL HUFFMAN,
14
                      Defendant.
15
16
17
18       Pursuant to the Court's findings and instructions on January 28, 2013, the United States hereby
19 applies for an order requiring the defendant Darren Russell Huffman to pay restitution, jointly and
20 severally, to victim(s) in the above-captioned case in the amount of $4,623.86.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
   Application/Order for Restitution                 1

Dated: February 6, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                            /s/ Grant B. Rabenn
                                           GRANT B. RABENN
                                           Assistant U.S. Attorney




**ORDER**

It is Hereby Ordered that the defendant Darren Russell Huffman to pay restitution, jointly and severally, to victim(s) in the above-captioned case in the amount of $4,623.86.


IT IS SO ORDERED.

Dated:  February 7, 2013                   _____
                                           SENIOR DISTRICT JUDGE

Application/Order for Restitution                      2